UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA
    Plaintiff,
vs.                                              CASE NO:23-CR-80153-Singhal/McCabe

LOUIS DENOFRIO, JR.,
    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE

Jordan M. Lewin files this appearance as counsel for the above-named defendant. Counsel agrees to represent the defendant for:

___X___ TRIAL AND ALL PROCEEDINGS IN THE DISTRICT COURT

or

_____ TRIAL, ALL PROCEEDINGS IN THE DISTRICT COURT, AND ON APPEAL

Counsel acknowledges responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.

Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

                                      Attorney:  Jordan M. Lewin
                                      Florida Bar Number:  _344450_____
                                      Street Address: _2701 Ponce De Leon Blvd., Ste 202_
                                      City/State/Zip Code:_Coral Gables, FL 33134
                                      Email: ___Lewinlaw@gmail.com____
                                      Telephone: _305-577-8525__

I hereby acknowledge that I have read this form and consent to the representation of the above counsel as noted above.

                                      _____
                                      Defendant