DG:cr

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>23-80153-Cr-AHS</u>

**UNITED STATES OF AMERICA**

**v.**

**LOUIS DENOFRIO, JR,**

       **Defendant.**

## NOTICE OF APPEARANCE

The United States, by and through the undersigned Assistant United States Attorney Daren Grove, hereby files this Notice of Appearance as co-counsel for all forfeiture matters on behalf of the Plaintiff, United States of America, in the above-styled case.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

BY: *__Daren Grove__*
       Daren Grove (Court No. A5501243)
       Assistant United States Attorney
       E-mail: daren.grove@usdoj.gov
       500 E. Broward Boulevard, Suite 822
       Fort Lauderdale, Florida 33394
       Telephone: 954.660.5774
       Facsimile: 954.356.7180