UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80153-AHS

UNITED STATES OF AMERICA

vs.

LOUIS DENOFRIO, JR.,

___**Defendant**_____/

## STIPULATED FACTUAL BASIS

Beginning in and around 2017 and continuing through in and around 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the Defendant, LOUIS DENOFRIO, JR., did cause the introduction and delivery for introduction into interstate commerce of misbranded prescription drugs, including Clenbuterol, Tamoxifen Citrate, Sildenafil and Tadalafil, in that, the label and labeling of the prescription drugs were false and misleading, that is, it stated that the products were "For Research Purposes Only" and "Not for Human Consumption," when in truth and in fact, DENOFRIO knew and intended that the products sold by him through MASS PRODUCTION, described below, were marketed and distributed for human consumption. Further, DENOFRIO knew that the drugs he distributed in interstate commerce were not approved by the United States Food and Drug Administration, in violation of Title 21, United States Code, Sections 331(a) and 333(a)(1).

Sildenafil, Tadalafil, Tamoxifen, and Clenbuterol are active pharmaceutical ingredients of FDA approved prescription drugs, such as Viagra, Cialis, Nolvadex, and Ventipulmin. Clenbuterol is an active pharmaceutical ingredient approved for animal use, but is not approved for human consumption.

MASS PRODUCTION HOLDINGS LLC ("MASS PRODUCTION") was a Florida limited liability company engaged in the online distributer and fulfillment business of prescription drugs. MASS PRODUCTION maintained offices in Palm Beach County. DENOFRIO was a managing member of MASS PRODUCTION. DENOFRIO owned and operated MASS PRODUCTION,

1

primarily from Palm Beach, Florida. DENOFRIO used a website, www.purchasepeptides.net ("MASS PRODUCTION's website"), to market and distribute MASS PRODUCTION's products.

In and around late October 2017, FDA-Office of Criminal Investigations (OCI) initiated an investigation of DENOFRIO and others after a border search of an intercepted parcel shipped from Suzhou, China revealed that it contained mislabeled pharmaceuticals. The intercepted package, destined for Lou Denofrio, 2878 Donnelly Dr., 208, Lantana, FL 33462, contained approximately 1.25 KG Mannitol in vials. The intercepted package was detained by Customs and Border Protection at FedEx hub in Memphis, TN. The package was shipped via FedEx Airway Bill and listed a return address of Mr. Ma, Pai Rui, Si Trading Co LTD, D-4041 Room 1, Building Boji Science & Technology Park Heshung Rd, Suzhou, China. Mannitol is an injectable prescription drug used to treat renal failure.

DENOFRIO was identified as the historical registrant of www.purchasepeptides.com, a website that became active in 2011 and hosted content similar to www.purchasepeptides.net. In late March 2015 and early April 2015, users on bodybuilding message boards stated they were notified by e-mail that www.purchasepeptides.com was now operating as www.purchasepeptides.net. The website www.purchasepeptides.net's "Terms and Conditions" reflected the company name as Mass Production Holdings, LLC, a Florida registered Limited Liability Company, Palm Beach County. MASS PRODUCTION was created on October 14, 2014, and listed DENOFRIO as member and authorized representative.

DENOFRIO, along with others, operated through MASS PRODUCTION and used www.purchasepeptides.net to market and sell peptides and "research liquids" labeled as containing prescription-only active pharmaceutical ingredients.

Peptides are used by bodybuilders to improve the growth hormone production to enhance muscle growth. Prescription-only active pharmaceutical drugs have legitimate medical uses, but based on my experience, bodybuilders will use prescription-only active pharmaceutical drugs to help

maintain high levels of muscle mass and to lower body fat. Bodybuilders use prescription-only drugs, such as clenbuterol and T3 (liothyronine), during a steroid cycle to lower body fat. In the United States, Clenbuterol is FDA-approved only for use in animals for the treatment of respiratory disease. T3 (liothyronine) is FDA-approved only for use with a prescription to treat severe hypothyroidism. Other prescription-only drugs, such as tamoxifen, are used in the steroid cycle to reduce the estrogen production that is a side effect of steroid use. Tamoxifen is FDA-approved only for use with a prescription to treat certain types of breast cancer.

On January 2, 2018, an FDA/OCI Special Agent, acting in an undercover capacity, attempted to make an undercover purchase of prescription drugs through www.purchasepeptides.net utilizing a U.S. prepaid MasterCard, which was rejected. The undercover FDA/OCI Special Agent received an e-mail instructing to use a Venmo account as the method of payment.

On January 10, 2018, the undercover received an e-mail to submit payment to a Venmo account. The undercover FDA/OCI Special Agent ordered two (2) Clenbuterol, two (2) Tamoxifen Citrate, and two (2) Sildenafil/Tadalafil Combo, as described on the website. The undercover did not provide a prescription from a licensed medical practitioner prior to purchasing these drugs, nor was the undercover asked to confirm that the drugs were being purchased for research purposes only. The undercover received an e-mail advising the order status was pending processing. An e-mail with the subject "Panama City Research: Order Completed" provided a U.S. Postal Service shipping tracking number, order ID, order content, and total. The drugs were shipped in interstate commerce from Lake Worth, Florida to Atlanta, Georgia.

On January 16, 2018, FDA/OCI Atlanta received the undercover ordered purchase. The Purchase Peptide labels, which also bear the names www.purchasepeptides.net and MASS PRODUCTION, stated "FOR RESEARCH PURPOSES ONLY" and is "not for human consumption." A sampling was forwarded to the FDA's Forensic Chemistry Center ("FCC") for analysis. On March

3

15, 2018, FCC results identified and confirmed the active pharmaceutical ingredients in each order as Sildenafil and Tadalafil, Tamoxifen, and Clenbuterol.

The drugs received as a result of the undercover purchase are not approved by the FDA and are misbranded as they were not dispensed through a prescription, were not used under the supervision of a licensed medical practitioner, are not for research purposes, and are being sold for the intent of human consumption or use. Further, the undercover purchased drugs have not been demonstrated as being safe and effective prior to marketing. FDA considers these products to be prescription drugs because they cannot be used safely except under the supervision of a licensed medical practitioner.

"Research purposes only" is a term often used in connection with chemical substances to describe use by scientists for research purposes as opposed to clinical use. Products intended for "research purposes only" generally would not be considered human drugs because they are not intended for use by humans.

On January 26, 2018, the undercover agent sent an email and asked how many drops of Sildenafil/Tadalafil to take. The undercover received a response stating - "Stop ta[l]king about taking please. Choose you[r] words more wisely with us please. Half a dropper."

On August 13 and 28, 2018, law enforcement conducted trash pulls at 3923 Lake Worth Road, Lake Worth, DENOFRIO's business. Seized were invoices, bank records, emails, and labels related to Louis DENOFRIO, Happy Hulk Enterprises, LLC, and PurchasePeptides.net. Also, seized were plastic containers labeled "CLEN", "T3", and "ISO."

In February 2019, a Federal Court authorized search warrant was served upon Google in connection with several emails, including Google e-mail addresses: rhinotat2@gmail.com, service@purchasepeptides.net, support@purchasepeptides.net, and lou@purchasepeptides.net. The response from Google covered the period of June 2015 through to November 2018. Review of the email communications revealed that DENOFRIO and associates of DENOFRIO distributed

prescription drugs without FDA authorization and such prescription drugs were intended for human consumption.

The government would have proved that the Defendant undertook such actions and the actions took place in the Southern District of Florida.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 9/21/23   By: _____
ROBIN W. WAUGH
ASSISTANT UNITED STATES ATTORNEY

Date: 9/21/23   By: _____
JORDAN LEWIN
ATTORNEY FOR DEFENDANT

Date: 9/21/23   By: _____
LOUIS DENOFRIO, JR.,
DEFENDANT