UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA
    Plaintiff,
vs.                                      CASE NO:23-CR-80153-Singhal/McCabe

LOUIS DENOFRIO, JR.,
    Defendant.
_____/

## MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

COMES NOW, the Defendant, Louis Denofrio Jr. ("Denofrio"), by and through his undersigned counsel, who hereby moves this Court to modify the conditions of his pre-trial release. The Defendant puts forth the following in support of this motion:

1. An information was filed in this cause in August 2023.

2. The Defendant's initial appearance and arraignment took place on August 28, 2023.

3. The Defendant was released on a personal surety bond and required to abide by the conditions of pre-trial release.

4. The Defendant entered a change of plea before this Court on September 21, 2023. Sentencing is scheduled for December 13, 2023.

5. The Defendant's Pre-Sentence Investigation ("PSI") interview took place on October 20, 2023. During the course of the interview Denofrio explained that he overcame a serious substance abuse addiction through residential treatment years earlier in his life. He still battled mental health issues and was prescribed medical marijuana which he uses solely

1

to help him sleep. Denofrio produced his valid medical marijuana card and the registry reflects a valid prescription. At the end of the interview Denofrio gave a urine sample that subsequently tested positive for marijuana.

6. Denofrio was instructed to stop using his medically prescribed marijuana after the PSI interview and he has since complied.

7. Defense counsel spoke with Probation in late October/early November about the situation. Probation would like the Defendant to undergo psychological evaluation and receive treatment if it is deemed necessary to address the Defendant's positive urinalysis. The Defense has no objection. Probation expressed they needed consent of the Court to implement mental health counseling.

8. Deonforio additionally moves the Court to allow him to use his prescribed medical marijuana to help him sleep. He takes one 10mg edible marijuana (medium unknown) each night that facilitates a full night of rest. Over the past three weeks, without taking his prescription, he has been unable to sleep. Denofrio has since received an additional prescription for stronger traditional medication to address the insomnia issue, but generally feels that taking new substances is not in his best interest.

9. The Defense recognizes that the Federal Government does not recognize Florida's sovereign right to legally prescribe medciation under state law that contradicts the controlled substance schedules in Title 21 U.S.C. §§§§ 841, 842, 843 & 844.

10. Defense counsel discussed this motion with Assistant United States Attorney Robin Waugh on October 31, 2023. The Government does not object to a mental health assessment (and treatment if necessary), but does object to the Court granting permission to

use medically prescribed marijuana under state law.

**WHEREFOR**E, based upon the foregoing, the Defendant respectfully moves the Court to permit Probation to direct him to undergo a mental health assessment, including treatment if it is deemed necessary, and permission to use his medically prescribed marijuana to help him sleep.

>Respectfully submitted,
>
>Jordan M. Lewin, P.A.
>2701 Ponce De Leon Blvd.
> Suite 202
>Coral Gables, FL 33134
>Tel:305-577-8525
>Fax:305-570-2714
>E:lewinlaw@gmail.com
>
>By: /s/ Jordan M. Lewin
>     Jordan M. Lewin
>     FL Bar No.: 0344450

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9 day of November, 2023, I electronically filed this motion with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to all counsel of record in this cause.

>By:__/s/ Jordan M. Lewin_____
>     Jordan M. Lewin
>     Fla. Bar No.:0344450