UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA
   Plaintiff,
vs.               CASE NO:23-CR-80153-Singhal/McCabe

LOUIS DENOFRIO, JR.,
  Defendant.
_____/

## MOTION TO CONTINUE SENTENCING HEARING

  COMES NOW, the Defendant, Louis Denofrio Jr. ("Denofrio"), by and through his undersigned counsel, who hereby moves this Court to continue his upcoming sentencing hearing that is currently scheduled for January 5, 2024.  The Defendant puts forth the following in support of this motion:

1. The Defendant entered a change of plea before this Court on September 21, 2023.

2. His sentencing hearing was originally scheduled for December 13, 2023.

3. The Court anticipated a conflict with that hearing date because it is involved with a trial that is running long.  The Court rescheduled Denofrio's sentencing hearing to January 5, 2024.

4. Defense counsel has scheduled annual leave for which he will be out of the country from December 29, 2023, through January 5, 2024.

5. Counsel respectfully moves the Court to continue the re-scheduled sentencing hearing date from January 5, 2024, until a date that is convenient to the Court later in January.

6. Defense counsel discussed this motion with Assistant United States Attorney

Robin Waugh on December 8, 2023, and determined that the Government has no objection to the relief sought.

**WHEREFOR**E, based upon the foregoing, the Defendant respectfully moves the Court to continue the sentencing hearing from January 5, 2024, to a date that is convenient for the Court later in January 2024.

        Respectfully submitted,

        Jordan M. Lewin, P.A.
        2701 Ponce De Leon Blvd.
        Suite 202
        Coral Gables, FL 33134
        Tel:305-577-8525
        Fax:305-570-2714
        E:lewinlaw@gmail.com

        By: /s/ Jordan M. Lewin
           Jordan M. Lewin
           FL Bar No.: 0344450

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8 day of December, 2023, I electronically filed this motion with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to all counsel of record in this cause.

        By:__/s/ Jordan M. Lewin_____
           Jordan M. Lewin
           Fla. Bar No.:0344450