SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE RAAG SINGHAL

DEFENDANT **Louis Denofrio**  CASE NO. **23-80153-CR-Singhal**

Deputy Clerk **Valarie Thompkins**  Court Reporter **Karl Shires**  DATE **1-31-24**

USPO **Kira Harmeling**  AUSA **Robin Waugh**  Deft's Counsel **Jordan Lewin**

___ Deft. Failed to Appear – Warrant to be Issued – Bond Forfeited.  ___ Sentencing cont'd until _____

JUDGMENT AND SENTENCE

Imprisonment     Years     Months     Counts

**3 Years Probation as to Count I of the Information**

✓ Court advised the Defendant of his/her right to appeal    Restitution Hearing set for _____

Government's ore tenus motion to dismiss remaining counts are hereby _____

Assessment $ **25.00**   Fine $ **100,000.00**   Restitution $ _____

___ Data Encryption  ___ Permissible Computer Examination  ___ Computer Modem Restriction
___ Computer Possession Restriction  ___ Employer Computer Restriction Disclosure
___ No Contact with Minors  ___ No Contact with Minors in Employment  ___ Sex Offender Treatment
___ No Involvement Youth Organization  ___ Sex Offender Registration  ___ Adam Walsh Act Search
___ Offense Related Computer Restriction  ___ Restricted Possession of Sexual Materials
___ Permissible Computer Examination  ___ Permissible National Business Travel  ✗ No New Debt
___ Anger Control/Domestic Violence  ___ Community Service  ___ Related Concern Restriction
✗ Mental Health Treatment  ✗ Substance Abuse Treatment  ___ Related Concern Restriction
___ Employment Requirement  ___ Cooperating IRS  ___ Association Restriction  ___ Forfeiture
✗ Self-Employment Restriction  ___ Computer Activity Record Keeping Requirement
___ Disclosure of Telephone Records  ___ Employment Solicitation Restriction  ___ Financial Disclosure
___ Location Monitoring Program  ___ Relinquishment of Licensure  ___ Residential Reentry Center
___ Surrender for Removal After Imprisonment  ___ Cooperating Immigration Removal Proceedings
___ Treatment for Gambling  ✗ Unpaid Restitution, fines, special assessments  ✗ Permissible Search

CUSTODY

___ Remanded to the Custody of the U. S. Marshal Service  ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____